amended and order entered thereon, as follows: Judgment and order reversed, with costs, and this court having determined that the trial court should have granted the defendant's motion for the direction of a verdict, the complaint is dismissed, with costs. Held, that the plaintiff failed to establish actionable negligence. All concurred, except Kruse, P. J., who dissented and voted for affirmance.

CATHERINE A. GREENWOOD, as Administratrix, etc., Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

JOSEPHINE K. CLARK, Respondent, v. GEORGE B. LESTER, Appellant.— Motion for leave to appeal to Court of Appeals granted, and questions for review certified.

JOSEPHINE K. CLARK, Respondent, v. JULIUS FLEISCHMANN and GEORGE B. LESTER, Appellants.— Motion for leave to appeal to Court of Appeals granted, and questions for review certified.

In the Matter of the Condemnation Proceeding by the CITY OF UTICA, Appellant, to Acquire Lands of CORA A. SHAW, Respondent.— Motion granted and appeal dismissed, with costs.

---

FIRST DEPARTMENT, DECEMBER, 1918.

In the Matter of the Application of JAMES McGINNIS, Petitioner, for Admission to Practice Law in the State of New York.

*Attorney and client — admission to the bar — clerkship.*

Motion by the petitioner that this court cause an investigation to be made as to his character and fitness for admission to the bar and, upon ascertaining such, to admit petitioner to practice as an attorney and counselor at law.

PER CURIAM: Neither the statute referred to by the petitioner (Laws of 1918, chap. 105, § 1, subd. 2) nor the Rules for Admission to the Bar prescribed by the Court of Appeals confer any power upon this court to waive the requirement of such rules requiring clerkship.* If any valid and extraordinary reason exists why the period of clerkship should be dispensed with in this particular case, the petitioner's only possible relief is by application to the Court of Appeals. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ. Application denied.

---

JOSEPH WITZEL, Appellant, v. JOSEPH GREISSGROW, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

---

* See Judiciary Law (Consol. Laws, chap. 30; Laws of 1909, chap. 35), § 53, subd. 5, as amd. by Laws of 1918, chap. 105, § 1; Ct. App. Rules, Admission Attys. etc., rules 3, 6, 7.— [REP.